■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN CARLOS CALDERON, Also Known as OFIDIO BONILLA, Appellant. [735 NYS2d 418] —Appeal by the defendant from a judgment of the County Court, Nassau County (Kowtna, J.), rendered July 2, 1998, convicting him of murder in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt beyond a reasonable doubt is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are either unpreserved for appellate review or without merit. Ritter, J. P., Friedmann, Feuerstein and Crane, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEWIS CALDWELL, Appellant. [735 NYS2d 418] —Appeal by the defendant from a judgment of the County Court, Nassau County (Boklan, J.), rendered February 22, 1999, convicting him of robbery in the third degree and possession of burglar's tools, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). The defendant has not, nor could he have, raised any nonfrivolous issues in his supplemental *pro se* brief. Ritter, J. P., Goldstein, Florio and Townes, JJ., concur.